UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| NIA BUCHANAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 24-CV-04099-WJE |
| PANERA, LLC, et al. | ) |
| Defendants. | ) |

**CLERK'S ORDER OF DISMISSAL**

On the 10th of Julu 2024, the plaintiff herein having filed a Notice of Voluntary Dismissal without Prejudice, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure,

IT IS ORDERED that this case be dismissed without prejudice.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court

*Angel L. Geiser*

By: Angel L. Geiser
Deputy Clerk

July 11, 2024